James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
Ann S. Chang (SBN 281116)
DUMAS & KIM, APC
3435 Wilshire Blvd., Ste. 990
Los Angeles, CA 90010

Telephone: 213/368-5000
Facsimile: 213/368-5009

Proposed Attorneys for Chapter 11 Debtor
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANITSA, INC.,<br><br>              Debtor and Debtor-in-Possession. | Case No. 2:20-bk-10168-BR<br><br>[Chapter 11]<br><br>**DECLARATION OF GARO MINISSIAN IN SUPPORT OF DEBTOR'S FIRST DAY MOTIONS**<br><br><br>DATE: [To be determined]<br>TIME: [To be determined]<br>PLACE: Courtroom<br>      255 East Temple Street<br>      Los Angeles, CA 90012 |

## DECLARATION OF GARO MINISSIAN

I, Garo Minissian, declare that:

1. I am the chief executive officer and sole shareholder of the debtor herein, Anitsa, Inc. I am giving this declaration in support of the debtor's motions for an order authorizing it to obtain post-petition financing, to use cash collateral, for authority to pay payroll, and to provide adequate assurance for utilities.

2. Anitsa, Inc. is a company that provides valet laundry services to the hospitality industry. It is one of the four largest such companies in the Los Angeles area. It operates out of one facility located at 6032 Shull Street in Bell Gardens. As reflected in the profit and loss attached hereto as **Exhibit A** had gross revenues of $10,943,461 in 2018. If you add back in depreciation of $780,000, it eked out a profit of $150,284 in that year, in spite of paying $667,421 in interest to various lenders. As reflected in the profit and loss attached hereto as **Exhibit B,** through September 30, 2019 revenues were $7,323,030.44. Net income, taking into account depreciation and interest, was a loss of $347,508. Financials for the last quarter of 2019 and the first week of 2020 are not yet completed. However, it would appear that revenues for the year are down approximately $2 million and the company has sustained an operating loss of as much as a half million dollars. Accounts payable through September were $1,205,324 (as opposed to $809,227 at the end of 2018), and long-term debt, the company's biggest problem and the source of its large interest expense, was $4,794,514 (inclusive of the current portion of that debt)

3. There is a blanket security interest in substantially all of the company's assets in favor of American Riviera Bank which is currently owed approximately $3.3 million. The loan was obtained through the Small Business Administration and is personally guaranteed by me personally. The receivables of the company have all been factored and the debtor has less than $10,000 in its operating account. Attached as **Exhibit C** is an appraisal given to me by the bank in approximately February 2019 which shows that, net of leasehold improvements, a forced liquidation sale of the debtor's equipment, furniture, and vehicles would yield $931,682. However, the amount does not take into account the expenses of such a sale and the I also believe that the figure is high. After taking account of costs of sale and the current value of the assets, I believe that a forced sale would yield less than $500,000.

4. Notwithstanding the company's recent losses, it has going concern value for a well-funded strategic buyer wanting to enter the Los Angeles hospitality laundry business, so long as the buyer can acquire the assets free and clear of the liabilities. Such a buyer

1    would have a premises, equipment and vehicles already in place, a trained work force of

2    152 employees already on the job, and a book of clients. Sporadically over the last year

3    and intensively over the last several weeks, I have been looking for such a buyer in the

4    hope of at least paying down more of the SBA loan than could obtained from a mere

5    liquidation of the equipment and vehicles, and finding a new employer for the employees

6    and a new tenant for the landlord. In the course of this search, it has been imperative that

7    there be no interruption in the debtor's service to its clients which in turn has meant that

8    the debtor has needed to cover essential expenses such as vehicle fuel, utilities, and, most

9    critically, payroll.

10    5.   The company was unable to reimburse its payroll provider, ADP, for its last payroll and

11    it is currently without funds to pay its next payroll, which is due on Friday, January 10. I

12    nonetheless have kept the business open because over the last two weeks I have been in

13    discussions with a strategic buyer by the name of Active Capital Company ("ACC").

14    ACC specializes in investing in companies for the purpose of introducing state-of-the-art

15    technologies and systems. It has had a particular focus on the industrial laundry business

16    and has had a major investment in one of the largest laundry businesses in the

17    Netherlands and Belgium. It has a relationship with Vega Systems, one of the leading

18    industrial laundry equipment manufacturers with which it wants to work to acquire and

19    modernize an industrial laundry in the United States.

20    6.   Netherlands-based Dick Zeldenthuis, a partner in ACC, along with other members of the

21    ACC team, came to Los Angeles on Sunday, January 5 and in a series of meetings on

22    January 5, 6, and 7 I, other representatives of the debtor, and the ACC team have been in

23    discussions about a purchase agreement. We also met with the debtor's landlord, Kerbel,

24    LLC, which is currently owed $266,650 in accrued rent. These discussions resulted in a

25    non-binding offer transmitted at 4:54 p.m. on January 7 for the purchase of the assets of

26    the debtor, free and clear of its liabilities. This was then superseded by a new offer

27    transmitted at 12:14 p.m. January 8, attached hereto as **Exhibit D,** under the terms of

28    which ACC proposes to pay $1.1 million for the assets free and clear of the liabilities.

This would be inclusive of loans that ACC would make to maintain the operations of the business pending approval of the sale and whatever it will take to assume and reject the premise lease and any other critical executory contracts, such as equipment leases. In particular, it is conditional upon an assumption and assignment of the lease to Kerbel (something that Kerbel is considering but which it has not yet agreed to). It contemplates a division of the sales proceeds between the American Riviera Bank and Kerbel, with a carve-out for general unsecured creditors.

7.   The debtor filed the within petition at 1:28 p.m. on January 8, 2020. The ACC offer must be accepted by January 9 and the sale must close no later than February 14. It is my desire to accept the offer and to have a hearing for approval of the sale at the earliest possible time. However, a sale hearing obviously cannot be held before the payroll that is due on January 10. As such, it will be necessary for the debtor to cover the January 10 payroll or the premise of the transaction – the continuity of the debtor's business – will have been lost. The transaction will be lost, the employees will not receive their paychecks, the landlord will not receive its rent, and the bank will be relegated to being repaid from whatever it can get from an eventual auction of the equipment, furniture, and vehicles.

8.  Debtor's business operation offering valet laundry services in the hospitality industry operates seven (7) days a week. Thus, it is crucial for the debtor to retain employees and be able to operate its business without disruption. Any disruption to the business would cause immediate and irreparable harm as the continuity of the debtor's business is critical for the contemplated sale to ACC.

9.  The within motion is accompanied by a motion for authority to use cash collateral. However, the use of cash collateral will be insufficient to fund the debtor's immediate post-petition needs, including its payroll. It is for this reason that the debtor is now seeking an emergency order approving a super-priority loan of $220,000. I currently believe that this amount will be sufficient to cover the January 10 payroll and with other money on hand, there will be enough to cover the debtor's immediate pressing expenses.

1      However, the debtor is also requesting a further hearing during the week of January 13 at

2      which the Court can set a hearing date on the sale motion and determine whether

3      additional funds will have to be advanced pending that hearing. By the time of the second

4      such hearing. the debtor, ACC, the bank, Kerbel, and other interested parties will have

5      had time to consider and discuss the proposed sale and hopefully this will result in a

6      cooperative approach to this urgent matter.

7      10. I have personal knowledge of the foregoing and, if called as a witness, would be

8      competent to testify thereto.

9      I declare under penalty of perjury that the foregoing is true and correct.

10      Executed this 8th day of January, 2020, at Bell Gardens, California.

11

12                                Garo Minissian

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Valet Services**
**Income Statement**
**For the Twelve Months Ending December 31, 2018**

|  |  | Year to Date |  |
|---|---|---|---|
| **Revenues** |  |  |  |
| Debt forgiveness | $ | 543,816.18 | 4.97 |
| Delivery Income |  | 598,744.00 | 5.47 |
| Commissions |  | 4,506.20 | 0.04 |
| Rebate |  | 5,516.37 | 0.05 |
| Sales Food & Beverage |  | 492,719.56 | 4.50 |
| Sales Housekeeping |  | 8,223,678.02 | 75.15 |
| Sales Other Laundry |  | 128,250.35 | 1.17 |
| Sales Spa |  | 100,613.37 | 0.92 |
| Sales |  | 845,617.75 | 7.73 |
|  |  |  |  |
| **Total Revenues** |  | 10,943,461.80 | 100.00 |
|  |  |  |  |
| **Cost of Sales** |  |  |  |
| Norchem Chemical |  | 269,517.54 | 2.46 |
| Payroll Cost Plant |  | 4,135,035.29 | 37.79 |
| Payroll Cost Driver |  | 1,237,318.54 | 11.31 |
| Delivery Supplies |  | 16,541.40 | 0.15 |
| Machinery Parts Cost |  | 14,985.33 | 0.14 |
| Norchem Labor |  | 255.00 | 0.00 |
| Machinery Repairs |  | 14,655.63 | 0.13 |
| Equipment Cost |  | 2,034.40 | 0.02 |
| Gasoline Cost Truck |  | 453,459.42 | 4.14 |
| Linen Cost |  | 9,544.52 | 0.09 |
| Subcontract Labor |  | 21,600.00 | 0.20 |
| Subcontract Laundry |  | 74,849.35 | 0.68 |
| Truck Towing |  | 250.00 | 0.00 |
| Truck Repairs |  | 126,634.78 | 1.16 |
| Truck Repair Parts |  | 400.00 | 0.00 |
| Truck Lease |  | 4,260.80 | 0.04 |
|  |  |  |  |
| **Total Cost of Sales** |  | 6,381,342.00 | 58.31 |
|  |  |  |  |
| **Gross Profit** |  | 4,562,119.80 | 41.69 |
|  |  |  |  |
| **Expenses** |  |  |  |
| Accounting |  | 64,962.53 | 0.59 |
| Payroll Cost Admin |  | 408,789.55 | 3.74 |
| Payroll Cost Engineers |  | 310,466.65 | 2.84 |
| Payroll Cost Management |  | 544,867.47 | 4.98 |
| Payroll Cost Officer |  | 115,455.19 | 1.06 |
| Advertising |  | 12,040.93 | 0.11 |
| ADP Fees |  | 3,610.64 | 0.03 |
| Auto Expense |  | 1,860.00 | 0.02 |
| Auto Gasoline |  | 10,020.98 | 0.09 |
| Auto Mileage |  | 160.16 | 0.00 |
| Auto Parking |  | 344.00 | 0.00 |
| Auto Rental |  | 306.00 | 0.00 |
| Auto Repairs & Maintenance |  | 16,287.50 | 0.15 |
| Bank Fees |  | 4,358.32 | 0.04 |
| Building Maintenance |  | 6,703.29 | 0.06 |
| Building Repairs |  | 6,603.29 | 0.06 |
| Cable |  | 7,251.97 | 0.07 |
| Computer Repairs |  | 8,909.74 | 0.08 |
| Computer Supplies |  | 1,234.09 | 0.01 |
| Consulting fees |  | 35,514.35 | 0.32 |
| Delivery Supplies |  | 6,371.96 | 0.06 |
| Depreciation |  | 780,000.00 | 7.13 |
| Donations |  | 1,000.00 | 0.01 |
| Dues & Subscriptions |  | 2,002.94 | 0.02 |

For Management Purposes Only

Valet Services
Income Statement
For the Twelve Months Ending December 31, 2018

|  | Year to Date |  |
|---|---|---|
| Education | 1,442.50 | 0.01 |
| Entertainment for clients | 16,567.40 | 0.15 |
| Insurance Travelers Casualty | 1,607.72 | 0.01 |
| Equipment Lease | 72,968.98 | 0.67 |
| Equipment Repairs | 34,621.90 | 0.32 |
| Finance Charges | 4,896.03 | 0.04 |
| Gifts to Clients | 7,750.02 | 0.07 |
| Hartland Charges | 46,718.73 | 0.43 |
| Srategig charges | 185.97 | 0.00 |
| Insurance  Auto | 7,033.45 | 0.06 |
| Insurance  Liability | 97,427.37 | 0.89 |
| Insurance Medical | 153,416.58 | 1.40 |
| Insurance Premium | 12,190.07 | 0.11 |
| Insurance Telephone | 299.00 | 0.00 |
| Interest Expense | 667,421.04 | 6.10 |
| Internet Services | 538.29 | 0.00 |
| Late fees | 1,851.70 | 0.02 |
| Legal | 5,854.00 | 0.05 |
| Legal settlements | 4,500.00 | 0.04 |
| Licenses & Fees | 9,710.92 | 0.09 |
| Licenses & Fees DMV | 11,974.00 | 0.11 |
| Licenses & Fees Parking Ticket | 1,321.00 | 0.01 |
| Licenses & Fees Sanitation | 88,102.64 | 0.81 |
| Life Insurance | 12,417.64 | 0.11 |
| Loan Fees | 4,935.00 | 0.05 |
| Janatorial Services | 560.00 | 0.01 |
| Marketing and Public Relations | 13,716.02 | 0.13 |
| Meals | 7,452.21 | 0.07 |
| Medical | 11,317.68 | 0.10 |
| Membership Fees | 3,000.00 | 0.03 |
| Factoring fees | 135,498.41 | 1.24 |
| Office Supplies | 6,600.28 | 0.06 |
| Paychex Fees | 11,517.42 | 0.11 |
| Postage | 5,086.65 | 0.05 |
| Professional Services | 22,932.39 | 0.21 |
| Promotion  New Clients | 3,997.32 | 0.04 |
| Rent | 400,447.20 | 3.66 |
| Tax Corporation | 1,117.00 | 0.01 |
| Taxi | 350.00 | 0.00 |
| Telephone | 16,186.61 | 0.15 |
| Truck Trcking by GPS | 7,069.81 | 0.06 |
| Travel | 24,081.55 | 0.22 |
| Tuition | 120.03 | 0.00 |
| Uniforms | 3,310.21 | 0.03 |
| Union Taxes | 34,020.00 | 0.31 |
| Utilities - Electric | 277,150.32 | 2.53 |
| Utilities - Gas | 396,878.47 | 3.63 |
| Utilities - Trash | 19,792.94 | 0.18 |
| Utilities - Water | 99,978.81 | 0.91 |
| Vehicle Wash | 626.42 | 0.01 |
| Warehouse Supplies | 74,155.31 | 0.68 |
| | | |
| Total Expenses | 5,191,836.56 | 47.44 |
| | | |
| Net Income | $    (629,716.76) | (5.75) |

# EXHIBIT B

Valet Services
Income Statement
For the Nine Months Ending September 30, 2019

| | Year to Date | |
|---|---:|---:|
| Revenues | | 0.00 |
| Commissions | 7,672.26 | 0.10 |
| Rebate | (45,304.29) | (0.58) |
| Sales Food & Beverage | 267,306.85 | 3.43 |
| Sales Housekeeping | 7,005,590.91 | 90.01 |
| Sales Spa | 87,764.71 | 1.13 |
| | | |
| Total Revenues | 7,323,030.44 | 94.09 |
| | | |
| Cost of Sales | | |
| Norchem Chemical | 209,565.93 | 2.69 |
| Payroll Cost Plant | 3,314,994.68 | 42.59 |
| Payroll Cost Driver | 548,965.67 | 7.05 |
| Delivery Supplies | 11,415.00 | 0.15 |
| Machinery Parts Cost | 18,786.30 | 0.24 |
| Machinery Repairs | 6,393.48 | 0.08 |
| Equipment Cost | 1,992.52 | 0.03 |
| Gasoline Cost Truck | 220,078.24 | 2.83 |
| Linen Cost | 1,523.42 | 0.02 |
| Subcontract Labor | 5,218.00 | 0.07 |
| Subcontract Laundry | 64,626.64 | 0.83 |
| Truck Towing | 2,480.00 | 0.03 |
| Truck Repairs | 50,837.46 | 0.65 |
| Truck Repair Parts | 77.16 | 0.00 |
| Truck Lease | 2,331.64 | 0.03 |
| | | |
| Total Cost of Sales | 4,459,286.14 | 57.29 |
| | | |
| Gross Profit | 2,863,744.30 | 36.79 |
| | | |
| Expenses | | |
| Accounting | 17,419.50 | 0.22 |
| Payroll Cost Admin | 239,687.60 | 3.08 |
| Payroll Cost Engineers | 237,940.95 | 3.06 |
| Payroll Cost Management | 467,590.27 | 6.01 |
| Payroll Cost Officer | 99,796.36 | 1.28 |
| Advertising | 8,921.24 | 0.11 |
| Auto Expense | 5,993.38 | 0.08 |
| Auto Gasoline | 10,182.99 | 0.13 |
| Auto Parking | 1,295.00 | 0.02 |
| Auto Rental | 989.00 | 0.01 |
| Auto Repairs & Maintenance | 19,784.87 | 0.25 |
| Bank Fees | 4,383.41 | 0.06 |
| Building Maintenance | 4,056.77 | 0.05 |
| Building Repairs | 16,510.13 | 0.21 |
| Cable | 5,216.01 | 0.07 |
| Computer Repairs | 22,366.66 | 0.29 |
| Computer Supplies | 2,060.68 | 0.03 |
| Consulting fees | 37,001.80 | 0.48 |

| | Year to Date | |
|---|---:|---:|
| Delivery Supplies | 3,221.60 | 0.04 |
| Depreciation | 291,600.00 | 3.75 |
| Dues & Subscriptions | 2,475.26 | 0.03 |
| Education | 840.00 | 0.01 |
| Entertainment for clients | 9,965.30 | 0.13 |
| Insurance Travelers Casualty | 6,430.88 | 0.08 |
| Equipment Lease | 37,399.64 | 0.48 |
| Equipment Repairs | 26,763.23 | 0.34 |
| Escrow Services | 33.51 | 0.00 |
| Finance Charges | 3,953.69 | 0.05 |
| Gifts to Clients | 3,646.57 | 0.05 |
| Credit Card Charges | 51,317.60 | 0.66 |
| Insurance Auto | 42,010.70 | 0.54 |
| Insurance Liability | 32,989.16 | 0.42 |
| Insurance Medical | 93,972.31 | 1.21 |
| Insurance Premium | 73,714.57 | 0.95 |
| Interest Expense | 356,049.89 | 4.57 |
| Internet Services | 639.13 | 0.01 |
| Legal | 47,816.18 | 0.61 |
| Legal settlements | 952.07 | 0.01 |
| Licenses & Fees | 12,819.39 | 0.16 |
| Licenses & Fees DMV | 6,831.14 | 0.09 |
| Licenses & Fees Parking Ticket | 1,167.50 | 0.02 |
| Licenses & Fees Sanitation | 32,990.76 | 0.42 |
| Life Insurance | 6,928.62 | 0.09 |
| Loan Fees | 29,569.76 | 0.38 |
| Janatorial Services | 959.00 | 0.01 |
| Marketing and Public Relations | 9,348.15 | 0.12 |
| Meals | 6,831.41 | 0.09 |
| Medical | 7,377.42 | 0.09 |
| Membership Fees | 1,172.58 | 0.02 |
| Factoring fees | 100,644.33 | 1.29 |
| Office Supplies | 5,292.76 | 0.07 |
| Office Equipment | 250.00 | 0.00 |
| Paychex Fees | 10,700.43 | 0.14 |
| Postage | 1,917.83 | 0.02 |
| Professional Services | 32,031.15 | 0.41 |
| Promotion New Clients | 6,186.98 | 0.08 |
| Property Tax | 33,540.04 | 0.43 |
| Rent | 308,281.50 | 3.96 |
| Settlement | 3,369.83 | 0.04 |
| Tax Corporation | 1,166.26 | 0.01 |
| Tax Garo | 4,500.00 | 0.06 |
| Telephone | 11,165.06 | 0.14 |
| Truck Trcking by GPS | 4,936.77 | 0.06 |
| Travel | 15,004.70 | 0.19 |
| Tuition | 1,865.00 | 0.02 |
| Uniforms | 5,891.21 | 0.08 |
| Union Taxes | 6,152.00 | 0.08 |
| Utilities - Electric | 236,775.74 | 3.04 |
| Utilities - Gas | 273,716.64 | 3.52 |
| Utilities - Trash | 13,287.57 | 0.17 |
| Utilities - Water | 83,475.52 | 1.07 |
| Vehicle Wash | 405.52 | 0.01 |
| Warehouse Supplies | 42,311.36 | 0.54 |
| Total Expenses | 3,605,851.84 | 46.33 |

|                                        | Year to Date    |        |
|----------------------------------------|-----------------|--------|
| Loss before other income (expensse)    | (742,107.54)    |        |
|                                        |                 |        |
| Debt forgiveness                       | 460,243.06      |        |
| Reversal of fprior year accrual        | 250,000.00      |        |
| Sodexo accrual                         | (315,644.00)    |        |
|                                        | 394,599.06      |        |
|                                        |                 |        |
| Net loss                               | ($    347,508.48) | (9.53) |

For Management Purposes Only

# EXHIBIT C

*Regulatory Valuations & Financial Forensics*®   DRAFT REPORT – FOR DISCUSSION PURPOSES ONLY

*Fair Value & Liquidation Values for selected Tangible Business Assets of Anitsa, Inc.*   p.56

## SCHEDULE OF ASSET VALUATION – TENANT IMPROVEMENTS / TRUCKS / TRAILERS

EXHIBIT A3

### Tenant Improvements

| Description of Asset | VAL Date in Service | Original Basis | 1.000 Indexing Rate | 02/24/19 Years in Service | Replacement Cost New | Fair Value | Percent of Cost | Salvage Value | Condition Range | Cost Life Range | Applied Depreciation Useful Life | Remaining Useful Life | Replacement Cost New Net of Salvage | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Forced Liquidation 02/24/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Dept BELL GARDENS LEASEHOLD | 01/26/09 | $ 932,745 | 1.206 | 10.2 | 1,126,177 | 757,033 | 81.1% | 10% | Fair to Functional | 30 to 40 | 38.0 | 27.8 | 757,033 | 818,655 | 92,175 | 149,400 |
| Tax Dept INSULATION ON BUILDING | 05/26/10 | $ 9,180 | 1.313 | 8.8 | 12,147 | 9,754 | 106.5% | 10% | Good - Average | 35 to 40 | 38.0 | 29.2 | 9,754 | 6,604 | 918 | 4,602 |
| Tax Dept ELECTRICAL ON LUNCHROOM | 07/24/10 | $ 5,006 | 1.333 | 9.1 | 7,621 | 5,363 | 106.7% | 10% | Good - Average | 35 to 40 | 38.0 | 28.9 | 5,363 | 3,924 | 520 | 2,752 |
| Tax Dept LEASEHOLD IMPROVEMENTS | 06/27/10 | $ 400 | 1.333 | 8.5 | 529 | 166 | 39.0% | 10% | Good - Average | 30 to 15 | 13.0 | 4.5 | 166 | 166 | 40 | 72 |
| Tax Dept TENANT IMPROVEMENTS | 12/31/10 | $ 74,687 | 1.333 | 8.2 | 104,511 | 85,697 | 108.0% | 10% | Good - Average | 35 to 40 | 38.0 | 29.8 | 85,697 | 55,988 | 7,869 | 39,556 |
| Tax Dept TENANT IMPROVEMENTS | 06/30/11 | $ 130,000 | 1.268 | 7.7 | 166,277 | 133,712 | 103.0% | 10% | Good - Average | 35 to 40 | 38.0 | 30.3 | 139,717 | 93,846 | 13,000 | 64,485 |
| Tax Dept CONSTRUCTION IN PROGRESS | 12/09/11 | $ 6,000 | 1.248 | 6.3 | 7,486 | 6,504 | 109.8% | 10% | Good - Average | 35 to 40 | 38.0 | 31.7 | 6,504 | 4,527 | 650 | 3,043 |
| Tax Dept TENANT IMPROVEMENTS | 12/31/11 | $ 95,000 | 1.270 | 6.2 | 146,519 | 84,301 | 88.0% | 10% | Fair to Functional | 35 to 40 | 38.0 | 22.8 | 58,594 | 52,237 | 9,500 | 38,062 |
| Tax Dept TENANT IMPROVEMENTS | 03/02/15 | $ 9,200 | 1.212 | 6.1 | 11,147 | 9,671 | 109.8% | 10% | Good - Average | 35 to 40 | 38.0 | 31.9 | 9,671 | 6,972 | 950 | 4,556 |
| Tax Dept TENANT IMPROVEMENTS | 03/31/13 | $ 51,950 | 1.222 | 5.9 | 62,945 | 56,338 | 108.3% | 10% | Good - Average | 35 to 40 | 38.0 | 32.1 | 56,338 | 39,000 | 5,195 | 26,367 |
| Tax Dept TENANT IMPROVEMENTS | 04/16/13 | $ 16,831 | 1.232 | 5.8 | 20,203 | 18,342 | 106.6% | 10% | Good - Average | 35 to 40 | 38.0 | 32.1 | 18,342 | 12,886 | 1,683 | 8,439 |
| Tax Dept TENANT IMPROVEMENTS | 10/17/16 | $ 10,000 | 1.071 | 3.4 | 10,731 | 9,995 | 100.4% | 10% | Very Good - Good | 30 to 15 | 13.0 | 10.7 | 9,995 | 7,500 | 1,000 | 4,653 |
| Tax Dept TENANT IMPROVEMENTS | 11/07/16 | $ 5,000 | 1.071 | 2.3 | 5,355 | 5,000 | 100.8% | 10% | Very Good - Good | 30 to 15 | 13.0 | 10.7 | 5,000 | 3,502 | 500 | 2,317 |
| Tax Dept TENANT IMPROVEMENTS | 08/09/17 | $ 10,000 | 1.066 | 2.1 | 10,663 | 10,043 | 104.0% | 10% | Very Good - Good | 30 to 15 | 13.0 | 11.9 | 10,043 | 7,399 | 1,000 | 4,820 |
| | | $ 1,365,899 | | | 1,704,145 | $ 1,198,001 | | | | | | | $ 1,198,001 | $ 909,411 | $ 134,969 | $ 353,295 |
| | | $ 1,365,830 | | | | | | | | | Average: 31 | 27.8 | | | | |

per Anitsa Sheet as 02/24/19

Tenant Improvement      9.7      Individual total

### Trailers

| Description of Asset | VAL Date in Service | Original Basis | 1.000 Indexing Rate | 02/24/19 Years in Service | Replacement Cost New | Fair Value | Percent of Cost | Salvage Value | Condition Range | Cost Life Range | Applied Depreciation Useful Life | Remaining Useful Life | Replacement Cost New Net of Salvage | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Forced Liquidation 02/24/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Dept TRAILER | 10/23/14 | $ 163,407 | 1.076 | 4.4 | 175,222 | 96,217 | 58.7% | 10% | Very Good - Good | 8 to 12 | 10.0 | 5.2 | 96,217 | 5,998 | 16,983 | 44,608 |
| Tax Dept TRAILER | 07/20/14 | $ 244,961 | 1.076 | 4.5 | 198,585 | 115,596 | 62.3% | 10% | Good - Average | 8 to 12 | 10.0 | 5.5 | 115,596 | 15,937 | 18,436 | 53,324 |
| Tax Dept 2007 FREIGHT LINER | 03/25/08 | $ 57,215 | 1.283 | 13.1 | 73,397 | 7,340 | 12.8% | 10% | Fair to Functional | 8 to 12 | 10.0 | 1.0 | 7,340 | 5,722 | 5,722 | 3,388 |
| | | $ 465,603 | | | 448,144 | $ 219,093 | | | | | | | 219,093 | 27,656 | 40,508 | 101,320 |
| | | $ 135,000 | | | | | | | | | Average: 10 | 4.6 | | | | |

per Anitsa Sheet as 02/24/19

Trailers      5.9      New total

### Trucks

| Description of Asset | VAL Date in Service | Original Basis | 1.000 Indexing Rate | 02/24/19 Years in Service | Replacement Cost New | Fair Value | Percent of Cost | Salvage Value | Condition Range | Cost Life Range | Applied Depreciation Useful Life | Remaining Useful Life | Replacement Cost New Net of Salvage | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Forced Liquidation 02/24/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Dept VAN | 10/31/99 | $ 7,091 | 1.553 | 19.3 | 11,015 | 1,102 | 15.5% | 10% | Fair to Functional | 8 to 12 | 10.0 | 1.0 | 1,102 | 709 | 709 | 608 |
| Tax Dept TRUCKS | 07/02/12 | $ 30,255 | 1.295 | 6.6 | 39,339 | 9,690 | 31.4% | 10% | Good - Average | 8 to 12 | 10.0 | 3.4 | 9,690 | 3,026 | 3,026 | 4,380 |
| Tax Dept KENCO TRUCK | 10/27/13 | $ 13,115 | 1.098 | 4.4 | 13,177 | 6,604 | 49.6% | 10% | Good - Good | 8 to 12 | 10.0 | 5.5 | 6,604 | 3,232 | 3,232 | 2,771 |
| Tax Dept TRUCK | 11/20/14 | $ 32,916 | 1.076 | 4.3 | 35,420 | 21,766 | 66.1% | 10% | Very Good - Good | 8 to 12 | 10.0 | 5.7 | 32,766 | 4,519 | 4,519 | 10,046 |
| Tax Dept TRUCK | 07/20/14 | $ 32,006 | 1.076 | 4.5 | 3,388 | 1,941 | 61.7% | 10% | Very Good - Good | 8 to 12 | 10.0 | 5.4 | 1,941 | 315 | 315 | 896 |
| Tax Dept TRUCK | 09/17/14 | $ 32,006 | 1.076 | 4.6 | 13,461 | 7,969 | 63.0% | 10% | Very Good - Good | 8 to 12 | 10.0 | 5.5 | 7,953 | 1,223 | 1,251 | 3,671 |
| Tax Dept TRUCK | 10/02/15 | $ 29,750 | 1.073 | 3.4 | 22,234 | 16,339 | 77.9% | 10% | Very Good - Good | 8 to 12 | 10.0 | 6.6 | 16,339 | 2,079 | 2,079 | 7,474 |
| Tax Dept 2011 FREIGHTLINER TRACTOR | 08/29/16 | $ 23,507 | 1.071 | 3.3 | 24,277 | 17,694 | 77.0% | 10% | Very Good - Good | 8 to 12 | 12.0 | 6.5 | 17,694 | 5,596 | 2,310 | 8,305 |
| Tax Dept 2013 MPFU (26' Van with Glass) | 11/29/14 | $ 28,004 | 1.000 | 0.3 | 28,231 | 32,201 | 114.7% | 10% | Very Good - Good | 8 to 12 | 12.0 | 11.5 | 24,316 | 27,915 | 2,311 | 11,237 |
| | | | | | | 32,201 | | | Very Good - Good | | 12.0 | 11.5 | 24,201 | 23,895 | 2,807 | 14,082 |
| | | $ 191,196 | | | 205,683 | $ 138,969 | | | | | | | 138,969 | 64,409 | 19,110 | 66,160 |
| | | $ 196,409 | | | | | | | | | Average: 12 | 6.8 | | | | |

per Anitsa Sheet as 02/24/19

Trucks      4.1      Detailed total

**EXHIBIT A1**

## SCHEDULE OF ASSET VALUATION – AUTOMOBILES / COMPUTER EQUIPMENT & SOFTWARE / DELIVERY EQUIPMENT

### Automobiles

| Description of Asset | VSL Date-in-Service | Original Basis | 1/12 Property Rate | 02/28/19 Years in Service | Replacement Cost - Used | Elec factor | Percent of Cost | Salvage Value | Condition Rating | Execute Range | Applied Useful Life Remaining | Remaining Useful Life | Replacement RVcy value | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Future Liquidation 02/28/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Depr AUTOMOBILE | 10/21/09 | $ 7,692 | 1.5534 | 19.3 | $ 11,638 | 1,164 | 13.5% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 1,164 | $ 749 | $ 749 | $ 137 |
| Tax Depr AUTO | 07/18/10 | $ 1,000 | 1.5262 | 18.6 | $ 1,527 | 155 | 13.5% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 155 | $ 100 | $ 100 | $ 70 |
| Tax Depr VEHICLE | 09/30/10 | $ 88,979 | 1.4819 | 15.4 | $ 131,884 | 13,188 | 14.8% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 153 | $ 8,898 | $ 8,898 | $ 6,067 |
| Tax Depr VEHICLES | 03/19/10 | $ 18,777 | 1.3425 | 13.5 | $ 25,209 | 2,521 | 13.4% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 13,188 | $ 3,878 | $ 3,878 | $ 1,533 |
| Tax Depr 2007 LEXUS | 01/12/06 | $ 40,558 | 1.2833 | 13.1 | $ 52,020 | 5,202 | 12.0% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 5,203 | $ 4,056 | $ 4,056 | $ 2,401 |
| Tax Depr VEHICLE | 04/20/07 | $ 5,000 | 1.2265 | 11.9 | $ 6,114 | 611 | 12.3% | 10% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 613 | $ 500 | $ 500 | $ 283 |
| Tax Depr PORCHE CARRERA 2012 | 03/03/13 | $ 107,873 | 1.0878 | 6.3 | $ 126,108 | 55,385 | 13.1% | 10% | Good - Average | 3.0 to 5.0 | 0.0 | $ 13,383 | $ 13,787 | $ 13,787 | $ 7,301 |
| **Automobiles** | | **$ 279,879** | | | **$ 355,611** | **38,226** | | 10% | | 3.0 to 5.0 | Average 0.0 | **$ 38,226** | **$ 27,968** | **$ 27,968** | **$ 17,643** |
| per Balance Sheet at 02/28/19 | | $ 180,074 | | | | | | | | | | | | | |

Subtotal (sum)    31.1    Weighted (avg)

### Computer Equipment

| Description of Asset | VSL Date-in-Service | Original Basis | 1/12 Balance Rate | 02/24/19 Years in Service | Replacement Cost - Used | RVn factor | Percent of Cost | Salvage Value | Condition Rating | Execute Range | Applied Useful Life Remaining | Remaining Useful Life | Replacement RVcy value | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Future Liquidation 02/28/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Depr COMPUTER EQUIPMENT | 02/24/05 | $ 874 | 1.553 | 24.1 | $ 270 | 32 | 18.0% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 32 | $ 21 | $ 21 | $ 15 |
| Tax Depr COMPUTER EQUIPMENT | 07/31/05 | $ 1,297 | 1.553 | 23.6 | $ 2,015 | 242 | 18.6% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 242 | $ 156 | $ 156 | $ 112 |
| Tax Depr COMPUTER EQUIPMENT | 12/27/04 | $ 600 | 1.529 | 23.6 | $ 1,223 | 147 | 18.3% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 147 | $ 95 | $ 95 | $ 68 |
| Tax Depr COMPUTER EQUIPMENT | 10/31/09 | $ 6,526 | 1.496 | 16.8 | $ 9,763 | 1,171 | 17.0% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 1,171 | $ 783 | $ 783 | $ 541 |
| Tax Depr COMPUTER EQUIPMENT | 04/30/02 | $ 2,689 | 1.454 | 16.8 | $ 3,910 | 469 | 17.3% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 469 | $ 313 | $ 313 | $ 217 |
| Tax Depr COMPUTER EQUIPMENT | 04/30/03 | $ 201 | 1.436 | 15.4 | $ 289 | 35 | 17.2% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 35 | $ 24 | $ 24 | $ 16 |
| Tax Depr COMPUTER EQUIPMENT | 07/30/05 | $ 2,804 | 1.400 | 14.7 | $ 3,595 | 479 | 16.6% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 479 | $ 342 | $ 342 | $ 221 |
| Tax Depr COMPUTER EQUIPMENT | 11/17/04 | $ 5,315 | 1.400 | 14.7 | $ 6,385 | 594 | 16.6% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 594 | $ 710 | $ 710 | $ 469 |
| Tax Depr COMPUTER EQUIPMENT | 11/30/04 | $ 8,435 | 1.400 | 14.3 | $ 11,775 | 1,414 | 16.8% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 1,414 | $ 1,020 | $ 1,020 | $ 651 |
| Tax Depr COMPUTER EQUIPMENT | 03/12/04 | $ 1,299 | 1.400 | 14.1 | $ 1,518 | 585 | 16.8% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 585 | $ 132 | $ 132 | $ 86 |
| Tax Depr COMPUTER EQUIPMENT | 12/15/04 | $ 2,315 | 1.400 | 14.2 | $ 4,069 | 490 | 16.8% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 490 | $ 132 | $ 132 | $ 226 |
| Tax Depr COMPUTER EQUIPMENT | 12/27/04 | $ 1,054 | 1.400 | 14.2 | $ 1,443 | 179 | 16.8% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 179 | $ 132 | $ 132 | $ 85 |
| Tax Depr COMPUTER EQUIPMENT | 06/30/05 | $ 10,407 | 1.204 | 13.2 | $ 13,087 | 1,666 | 15.9% | 12% | Fair to Functional | 5 to 7 | 0.0 | $ 1,666 | $ 1,258 | $ 1,258 | $ 789 |
| Tax Depr COMPUTER SOFTWARE | 07/30/05 | $ 2,041 | 1.175 | 10.7 | $ 2,388 | 331 | 13.9% | 12% | Fair to Functional | 3.0 to 5.0 | 0.0 | $ 331 | $ 245 | $ 245 | $ 144 |
| Tax Depr COMPUTER SOFTWARE | 01/07/13 | $ 5,598 | 1.097 | 6.1 | $ 6,142 | 884 | 12.0% | 12% | Good - Average | 3.0 to 5.0 | 4.0 | $ 884 | $ 672 | $ 672 | $ 466 |
| Tax Depr COMPUTER SOFTWARE | 01/24/14 | $ 5,398 | 1.084 | 4.6 | $ 6,069 | 874 | 11.5% | 12% | Good - Average | 3.0 to 5.0 | 4.0 | $ 874 | $ 672 | $ 672 | $ 403 |
| **Computer Equipment** | | **$ 57,647** | | | **$ 77,369** | **9,573** | | 10% | | 3.0 to 5.0 | 4 | **$ 9,573** | **$ 6,921** | **$ 6,921** | **$ 4,618** |
| per Balance Sheet at 02/28/2019 | | $ 50,309 | | | | | | | | | | | | | |

Subtotal (sum)    15.5    Weighted (avg)

### Delivery Equipment

| Description of Asset | VSL Date-in-Service | Original Basis | 1/12 Balance Rate | 02/24/19 Years in Service | Replacement Cost - Used | RVn factor | Percent of Cost | Salvage Value | Condition Rating | Execute Range | Applied Useful Life Remaining | Remaining Useful Life | Replacement RVcy value | Depreciated Basis 02/24/19 | Salvage Value 02/24/19 | Future Liquidation 02/28/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Depr DELIVERY EQUIPMENT | 07/28/07 | $ 76,061 | 1.569 | 21.6 | $ 120,537 | 12,056 | 15.7% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 12,056 | $ 7,666 | $ 7,666 | $ 5,564 |
| Tax Depr DELIVERY EQUIPMENT | 04/30/02 | $ 7,072 | 1.504 | 53.8 | $ 10,633 | 1,063 | 15.0% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 1,063 | $ 707 | $ 707 | $ 491 |
| Tax Depr DELIVERY EQUIPMENT | 09/30/03 | $ 10,065 | 3.442 | 55.8 | $ 34,693 | 3,469 | 14.8% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 3,469 | $ 1,005 | $ 1,005 | $ 709 |
| Tax Depr DELIVERY EQUIPMENT | 07/28/06 | $ 44,906 | 1.456 | 14.7 | $ 68,374 | 6,837 | 14.8% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 6,837 | $ 4,761 | $ 4,761 | $ 3,516 |
| Tax Depr DELIVERY EQUIPMENT | 06/28/06 | $ 15,000 | 1.283 | 14.7 | $ 19,242 | 1,924 | 12.0% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 1,924 | $ 1,300 | $ 1,300 | $ 888 |
| Tax Depr DELIVERY EQUIPMENT | 02/04/09 | $ 49,943 | 1.150 | 10.2 | $ 57,421 | 5,742 | 11.5% | 10% | Fair to Functional | 8 to 12 | 10.0 | $ 5,742 | $ 4,594 | $ 4,594 | $ 2,660 |
| **Delivery Equipment** | | **$ 206,527** | | | **$ 291,117** | **29,112** | | 10% | | 8 to 12 | 10 | **$ 29,117** | **$ 20,033** | **$ 20,033** | **$ 13,816** |
| per Balance Sheet at 02/28/2019 | | $ 182,454 | | | | | | | | | | | | | |

Subtotal (sum)    161.1    Weighted (avg)

## SCHEDULE OF ASSET VALUATION – LAUNDRY EQUIPMENT / OFFICE FURNITURE & EQUIPMENT

EXHIBIT A2



EXHIBIT A2 — Schedule of asset valuation tables for Laundry Equipment and Office & Break Room Furniture & Fixtures. (Detailed line-item figures are not legible at this resolution.)

# EXHIBIT D

 **Entrepreneurship | Passion | Result**

Valet Services
Gary Von

CC: James Dumas

*Sent per e-mail:*
gary.von@vslaundry.com
jdumas@dumas-law.com

Los Angeles, January 8 2020

**Subject: Non-binding offer assets of Valet Services**

Dear Gary,

Thank you for giving Active Capital Company B.V. (hereafter "ACC") the opportunity to submit this non-binding offer (hereafter "NBO") on behalf of Active Capital Company, regarding the potential acquisition (hereafter the "Transaction") of certain designated assets of Valet Services (hereafter "Valet" or the "Company").

We have been in discussion with you and your lawyer and understand that the company will file for a Chapter 11 procedure. Despite this unfortunate situation we have had pleasant discussions with you and some of your team members and advisors. We are impressed by the potential of the company considering its location, client base, reputation and team. We however also recognize a high leverage, high interest and repayment liabilities and significant backlog capex. We believe that our indicative offer will give the company a good position in order to return to a profitable situation and take advantage of the potential in de laundry market in the Los Angeles area with ensuring potential for the company employees.

This letter consists of the following sections: (1) Introduction of Active Capital Company,
(2) Investment approach and strategic rationale, (3) Indicative offer, (4) Financing, (5) Approvals & conditions precedent, and (6) Timing & next steps.

**1. Introduction of Active Capital Company**

Active Capital Company is an independent hands-on investment company with an entrepreneurial and active approach in our portfolio companies to ensure maximal long-term value creation, not only financially but also socially and environmental. We believe in team effort and we support our companies through personal involvement, by offering operational, financial and strategic support and access to our extensive expert network. We believe ACC distinguishes itself because it is founded and led by entrepreneurs, who more strongly believe in optimizing operational and strategic business processes rather than financial engineering. Our portfolio team helps our companies' management teams and

Active Capital Company B.V. | Vossiusstraat 13A, 1071 AC Amsterdam | Telefoon +31 (0) 20 262 02 75
www.activecapitalcompany.com | KvK nr 32160069 | BTW: 821358170B01

 **ᴀCTIVECAPITAL**
C O M P A N Y

Entrepreneurship | Passion | Result

employees with diverse topics and therefore consists of professionals with various backgrounds, including operations, finance, strategy consulting and corporate law.

ACC does not have a strict envisaged holding period, leaving flexibility in the realization of the Company's business plan.

We have a strong background in the laundry industry and have recently invested in a major laundry company in both the Netherlands and Belgium. We also see good opportunities in other countries to make good returns in the laundry industry. With the USA being one of the larger markets for Laundry we have decided to expand our investment focus towards the USA as well.

## 2. Investment approach and strategic rationale

Valet is one of the four leading providers of industrial laundry services to mainly hotels in the Los Angeles area. We are impressed by Valet's market position, which is built upon (a) its aim on sustainability (b) its perfectly equipped premises (c) its loyal employees and (d) its customer base which ensures a stable annual sales number.

Valet is in a severe financial situation, being over leveraged, paying outrageous interest amounts and consequently being cash flow negative. We also noticed that the profitability is under pressure due to increased wages in recent years and not having the financial power to invest in modern equipment. We however believe that with our background and expertise in the laundry business, our strong cooperation with one of the leading industrial laundry equipment manufacturers VEGA SYSTEMS, our financial capacity and the company being run through a Chapter 11 procedure and thereby being relieved from its over leveraged situation, the company can be profitable again in the near future.

Through our investments and network of industry leaders, we have experience, knowledge and expertise in supporting management to realize this top-line growth. For example, at FibrXL (formerly known as Lumat), following two add-on acquisitions, we are transforming the company from a pure-play distributor of high tenacity yarns to a value-adding converter in addition with extended international footprint. Furthermore, at Amphitec, following the realization of a new facility for the production of its mobile vacuum installations in Poland, we are building a separate entity for our new rental fleet in order to respond to our clients' increasing demand for asset flexibility. Thirdly, at CleanLease Group, following two add-ons, we are supporting the company in the transition to a data-driven company through further technification of its operations. This add-on strategy has resulted in CleanLease becoming the largest industrial washing company in the Benelux, doubling its revenue to ca. € 200m. A fourth example is BMT, our mercury ways processing company which recently realized a new production facility in Perth. We have gained ample experience in the asset-heavy industry and oil- & gas sector.

## 3. Indicative offer

The below mentioned proposal is based on the Information and our view of the current situation.

2

 **ACTIVECAPITAL**
COMPANY                        Entrepreneurship | Passion | Result

We have prepared the following bid on various assets of the Company, in order to continue the business from a newco to be established by us (see also under 4 below). Our offer is specifically aimed only for the assets of the Company free and clear of any and all liens, claims, encumbrances and other liabilities of the Company.

The total consideration shall be **USD 1,100,000**. This consideration amount includes all necessary lease and executory contract cures. Moreover, to the extent that DIP financing is extended, the outstanding amount owed shall be convertible, at buyer's discretion, to the total consideration herein.

In the assets we include all the cash, accounts receivable, equipment, inventory, office equipment, trucks, cars, the tradename Valet Services and all intellectual property owned or used by the business, including any licenses and permits, all customer contracts, and claims and causes of action related to business operations of the Company (excluding Chapter 5 avoidance actions). We also anticipate hiring the current employees of the Company. The exact number of staff that we will employ will depend on the developments surrounding the time of consummation of the sale transaction.

The sale, and all provisions related thereto shall be approved by a final and nonappealable order of the Bankruptcy Court presiding over the Company's bankruptcy case, including a good faith finding as to the buyer. Due to the Company's negative cash flow and payroll needs, the sale must close not later than February 14, 2020.

Our offer does not show our commitment to invest significantly in new equipment. We currently estimate that we will invest approx. USD 8 mln in new high-tech laundry equipment. This will improve operations for the benefit of the Company's customers and its many employees.

This offer shall remain open and must be accepted by the Company by close of business on January 9, 2020, or it will terminate on its own terms without the need for any notice.

### 4. Financing

We will pay the amount fully in cash or readily available funds and there is no financing contingency. We are currently being advised with which legal entity we should do this investment and we expect this to be clear next week.

### 5. Approvals & Conditions precedent

The partners of Active Capital Company are fully mandated to make any investment within the investment criteria of our funds. In addition, Active Capital Company has deal execution capabilities that can ensure a quick and smooth transaction process.

The asset transaction pursuant to this NBO is subject to the following conditions precedent and subsequent:

- No material change to business operations and customer base during the Chapter 11 procedure.
- No notices from customers indicating an intent to terminate existing contracts.

3

 **ActiveCapital**
COMPANY

Entrepreneurship | Passion | Result

- Utility supplies and other relevant suppliers and vendors to the Company will continue uninterrupted in order to ensure continuation of the operations.
- The company can make use of the Debtor In Possession account to pay for its post-petition obligations to relevant suppliers and other means to ensure business continuity.
- We are able to agree a new or modified real property lease contract with the landlord.
- There is no litigation during the Chapter 11 procedure which would affect the sale transaction.
- The information provided gives a true and accurate picture of the Company, including but not limited to the financial projections.
- No material deviations from presented information as in the Information Package and outcome of our pending due diligence.
- Satisfactory outcome of a pragmatic and well-defined due diligence investigation, which will expire seven (7) days after the later of (a) mutual agreement to the NBO; and (b) receipt of all requested due diligence materials.
- Active Capital Company receives the required internal and external final approvals.
- Mr. Gary Von will stay onboard during the transition period (anticipated through end of June 2020) mainly in order to ensure continuation of customer contracts.
- Agreement on a customary asset sale and purchase agreement within seven (7) days as of acceptance of this NBO.
- Bankruptcy Court order approving the transaction, including good faith finding in favor of buyer.
- Sale closing not later than February 14, 2020.

**6. Timing & next steps**

We think and hope this Indicative Offer will serve as a strong foundation for the reorganization of the Company.

Please feel free to contact Dick Zeldenthuis (zeldenthuis@activecapitalcompany.com 31 6 53561178) for any                                                                                                          clarification.

With kind regards,

/S/                                                                               /S/

Dick Zeldenthuis                                                  Jan-Paul van der Hoek
Partner                                                                   Partner

Agreed and Accepted:

_____

Gary Von
Its Chief Executive

4

| In re: Anitsa | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:20-bk-10168-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Garo Minissian in Support of Debtor's First Day Motions** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 8, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 8, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California Honorable Barry Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| *January 8, 2020* | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**