| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James A. Dumas (SBN 76284)<br>Christian T. Kim (SBN 231017)<br>Ann S. Chang (SBN 281116)<br>DUMAS & KIM, APC<br>3435 Wilshire Blvd., Ste. 990<br>Los Angeles, CA 90010<br><br>Telephone: 213/368-5000<br>Facsimile: 213/368-5009<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ANITSA, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-10168-BR<br>CHAPTER: 11<br><br>**STATEMENT REGARDING**<br>**CASH COLLATERAL OR**<br>**DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE:<br>TIME:<br>COURTROOM: 1668<br>ADDRESS:    255 East Temple Street<br>Los Angeles, CA 90012 |
|---|---|

Secured party(ies): American Riviera Bank, et al. (as listed in UCC Summary Report attached)

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☒  (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 2 | |
| ☐  (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim"<br>    ☐  Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law<br>    ☐  Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                          Page 1                                          F 4001-2.STMT.FINANCE

| | | | |
|---|---|---|---|
| *Continued from page 1* <br> ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" <br> ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" <br> ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

01/08/2020        James A. Dumas                                        /s/ James Dumas
Date                    *Printed Name*                                      *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                            F 4001-2.STMT.FINANCE

**CSC CORPORATION SERVICE COMPANY**

*UCC Summary Report*

801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Ph: (800) 858-5294
Fx: (800) 345-6059

Order Number: 175530940
Search Date: 1/8/2020
Account Number: 409110

**Subject:** Anitsa, Inc
**Criteria:** Anitsa, Inc

**Billing Reference:** Anitsa, Inc

**Total Records Found:** 74

Results for California UCC Search By Company Name - Active     **Current as of:** 12/29/2019
Search results in this jurisdiction include UCC records,
Judgment Liens, Federal Tax Liens and State Tax Liens.

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| 0001.001 | 0206560304 | STL | 3/5/2002 | 3/5/2022 | PETROSYAN ANITSA<br>323 W GARFIELD #207<br>GARFIELD, CA  91204 | BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO, CA  94279-0001 |
| 0001.002 | 1273013639 | CON | 2/9/2012 | 3/5/2022 | | |
| 0002.001 | 127299199251 | UCC1 | 1/31/2012 | 1/31/2022 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA  93101 |
| 0002.002 | 1675476096 | CON | 9/22/2016 | 1/31/2022 | | |
| 0003.001 | 127333019605 | UCC1 | 10/16/2012 | 10/16/2022 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA STREET<br>SANTA BARBARA, CA  93101 |
| 0003.002 | 1776045881 | CON | 9/7/2017 | 10/16/2022 | | |
| 0003.003 | 1977227743 | AMD | 7/11/2019 | 10/16/2022 | | |
| 0004.001 | 127336141917 | UCC1 | 11/7/2012 | 11/7/2022 | ANITSA, INC<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA  93101 |
| 0004.002 | 1775860606 | CON | 5/17/2017 | 11/7/2022 | | |

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| 0005.001 | 137356340082 | UCC1 | 4/16/2013 | 4/16/2023 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA 93101 |
| | | UCC1 | 4/16/2013 | 4/16/2023 | VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA 93101 |
| 0005.002 | 1776125593 | CON | 10/24/2017 | 4/16/2023 | | |
| 0006.001 | 137385883814 | UCC1 | 11/8/2013 | 11/8/2023 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | DB SQUARED, INC.<br>33320 9TH AVENUE SOUTH, SUITE 200<br>FEDERAL WAY, WA 98003 |
| | | UCC1 | 11/8/2013 | 11/8/2023 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | FIRST BANK & TRUST NA<br>120 N. EGAN AVE, PO BOX 388<br>MADISON, SD 57042 |
| | | UCC1 | 11/8/2013 | 11/8/2023 | VALET II<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | DB SQUARED, INC.<br>33320 9TH AVENUE SOUTH, SUITE 200<br>FEDERAL WAY, WA 98003 |
| | | UCC1 | 11/8/2013 | 11/8/2023 | VALET II<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | FIRST BANK & TRUST NA<br>120 N. EGAN AVE, PO BOX 388<br>MADISON, SD 57042 |
| | | UCC1 | 11/8/2013 | 11/8/2023 | VALET SERVICES<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | DB SQUARED, INC.<br>33320 9TH AVENUE SOUTH, SUITE 200<br>FEDERAL WAY, WA 98003 |
| | | UCC1 | 11/8/2013 | 11/8/2023 | VALET SERVICES<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | FIRST BANK & TRUST NA<br>120 N. EGAN AVE, PO BOX 388<br>MADISON, SD 57042 |
| 0006.002 | 1775864360 | ASG | 5/20/2017 | 11/8/2023 | | |
| 0006.003 | 1876765992 | CON | 10/16/2018 | 11/8/2023 | | |
| 0007.001 | 157444976077 | UCC1 | 1/13/2015 | 1/13/2025 | ANITSA INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA 90201 | BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA 93101 |
| 0007.002 | 1977232049 | CON | 7/15/2019 | 1/13/2025 | | |
| 0008.001 | 157444987625 | UCC1 | 1/13/2015 | 1/13/2020 | ANITSA INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA 90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA 93101 |
| 0008.002 | 1876805249 | TRM | 10/31/2018 | 1/13/2020 | | |
| 0009.001 | 157445685196 | UCC1 | 1/15/2015 | 1/15/2025 | ANITSA, INC.<br>8032 SHULL STREET<br>BELL GARDEN, CA 90201 | THE BANK OF SANTA BARBARA<br>12 EAST FIGUEROA STREET<br>SANTA BARBARA, CA 93101 |
| | | UCC1 | 1/15/2015 | 1/15/2025 | VAHAN SERVICES, INC.<br>6032 SHULL STREET<br>BELL GARDEN, CA 90201 | THE BANK OF SANTA BARBARA<br>12 EAST FIGUEROA STREET<br>SANTA BARBARA, CA 93101 |
| 0009.002 | 1876743269 | TRM | 10/5/2018 | 1/15/2025 | | |
| 0009.003 | 1977232050 | CON | 7/15/2019 | 1/15/2025 | | |

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

Case 2:20-bk-10168-BR    Doc 11    Filed 01/08/20    Entered 01/08/20 18:33:34    Desc
Main Document    Page 5 of 8

Case 2:20-bk-10168-BR   Doc 11   Filed 01/08/20   Entered 01/08/20 18:33:34   Desc
                          Main Document    Page 5 of 8

Results for California UCC Search By Company Name - Active

Subject: Anitsa, Inc
Search Criteria: Anitsa, Inc

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| 0010.001 | 157455515038 | UCC1 | 3/19/2015 | 3/19/2020 | ANITSA INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA 90201 | THE BANK OF SANTA BARBARA<br>12 E. FIGUEROA ST<br>SANTA BARBARA, CA 93101 |
| 0011.001 | 157461436986 | UCC1 | 4/24/2015 | 4/24/2025 | ANITSA, INC.<br>2565 S. DOMINGUEZ HILLS DRIVE<br>COMPTON, CA 90220 | WELLS FARGO BANK, NA<br>100 W. WASHINGTON, 21ST FLOOR<br>PHOENIX, AZ 85003 |
| 0011.002 | 1977429862 | CON | 10/28/2019 | 4/24/2025 | | |
| 0012.001 | 157461448929 | UCC1 | 4/24/2015 | 4/24/2020 | ANITSA, INC.<br>2565 S. DOMINGUEZ HILLS DRIVE<br>COMPTON, CA 90220 | WELLS FARGO BANK, NA<br>100 W. WASHINGTON, 21ST FLOOR<br>PHOENIX, AZ 85003 |
| 0012.002 | 1675394176 | TRM | 8/2/2016 | 4/24/2020 | | |
| 0013.001 | 157464448982 | UCC1 | 5/13/2015 | 5/13/2020 | ANITSA, INC.<br>2565 S DOMINGUEZ HILLS DRIVE<br>COMPTON, CA 90220 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P O BOX 659713<br>SAN ANTONIO, TX 78265 |
| 0013.002 | 1675394174 | TRM | 8/2/2016 | 5/13/2020 | | |
| 0014.001 | 157464449014 | UCC1 | 5/13/2015 | 5/13/2025 | ANITSA, INC.<br>2565 S DOMINGUEZ HILLS DRIVE<br>COMPTON, CA 90220 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P O BOX 659713<br>SAN ANTONIO, TX 78265 |
| 0014.002 | 1977469314 | CON | 11/15/2019 | 5/13/2025 | | |
| 0015.001 | 157490242832 | UCC1 | 10/15/2015 | 10/15/2020 | ANITSA, INC. DBA VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | SO CAL CDC<br>27201 TOURNEY ROAD, SUITE 201<br>VALENCIA, CA 91355 |
| | | UCC1 | 10/15/2015 | 10/15/2020 | ANITSA, INC. DBA VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | U.S. SMALL BUSINESS ADMINISTRATION<br>C/O SO CAL CDC 27201 TOURNEY ROAD, SUITE 201<br>VALENCIA, CA 91355 |
| 0015.002 | 1675338581 | AMD | 7/5/2016 | 10/15/2020 | | |
| 0016.001 | 157498707816 | UCC1 | 12/9/2015 | 12/9/2020 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL 62708 |
| | | UCC1 | 12/9/2015 | 12/9/2020 | VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL 62708 |
| | | UCC1 | 12/9/2015 | 12/9/2020 | VALET SERVICES LAUNDRY<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL 62708 |
| 0016.002 | 1675515911 | TRM | 10/19/2016 | 12/9/2020 | | |
| 0017.001 | 167523947408 | UCC1 | 5/6/2016 | 5/6/2021 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | US CAPITAL PARTNERS INC.<br>555 MONTGOMERY STREET, SUITE 1501<br>SAN FRANCISCO, CA 94111 |

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| 0018.001 | 167550203362 | UCC1 | 10/10/2016 | 10/10/2021 | ANITSA, INC.<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | C T CORPORATION SYSTEM, AS REPRESENTATIVE<br>330 N BRAND BLVD, SUITE 700; ATTN: SPRS<br>GLENDALE, CA  91203 |
|  |  | UCC1 | 10/10/2016 | 10/10/2021 | VALET SERVICES<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | C T CORPORATION SYSTEM, AS REPRESENTATIVE<br>330 N BRAND BLVD, SUITE 700; ATTN: SPRS<br>GLENDALE, CA  91203 |
| 0019.001 | 167558485564 | UCC1 | 11/29/2016 | 11/29/2021 | ANITSA, INC.<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | FINANCIAL PACIFIC LEASING, INC.<br>P.O. BOX 4568<br>FEDERAL WAY, WA  98001 |
| 0020.001 | 167558727977 | UCC1 | 11/30/2016 | 11/30/2021 | ANITSA, INC.<br>6030 SHULL ST<br>BELL GARDENS, CA  90202 | PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY, SUITE 207<br>FORT COLLINS, CO  80525 |
| 0021.001 | 177590573155 | UCC1 | 6/15/2017 | 6/15/2022 | ANITSA, INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA  90201 | MINTAKA FINANCIAL, LLC<br>PO BOX 2149<br>GIG HARBOR, WA  98335 |
| 0022.001 | 177590862419 | UCC1 | 6/15/2017 | 6/15/2022 | ANITSA, INC. DBA VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | FIRST FOUNDATION BANK<br>18101 VON KARMAN AVE, STE 750<br>IRVINE, CA  92612 |
|  |  | UCC1 | 6/15/2017 | 6/15/2022 | ANITSA, INC. DBA VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | LENDSPARK CORPORATION<br>533 2ND ST<br>ENCINITAS, CA  92024 |
| 0022.002 | 1775924430 | AMD | 6/26/2017 | 6/15/2022 |  |  |
| 0023.001 | 197706638764 | UCC1 | 4/10/2019 | 4/10/2024 | ANITSA, INC.<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | FINANCIAL PACIFIC LEASING, INC.<br>P.O. BOX 4568<br>FEDERAL WAY, WA  98001 |
| 0024.001 | 197706800624 | UCC1 | 4/10/2019 | 4/10/2024 | ANITSA, INC.<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | TARGETED LEASE CAPITAL LLC<br>5500 MAIN STREET, SUITE 300<br>WILLIAMSVILLE, NY  14221 |
| 0025.001 | 197713278257 | UCC1 | 5/21/2019 | 5/21/2024 | ANITSA, INC<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | FUNDING METRICS, LLC<br>884 TOWN CENTER DRIVE<br>LANGHORNE, PA  19047-1748 |
| 0026.001 | 197714236535 | UCC1 | 5/29/2019 | 5/29/2024 | ANITSA, INC.<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | AMUR EQUIPMENT FINANCE, INC.<br>308 N. LOCUST STREET SUITE 100<br>GRAND ISLAND, NE  68801 |
| 0027.001 | 197714264071 | JGL | 5/29/2019 | 5/29/2024 | ANITSA, INC. DBA VALET SERVICES, A CALIFORNIA CORPORATION<br>6032 SHULL STREET<br>BELL GARDENS, CA  90201 | COUNTY SANITATION DISTRICT NO. 2 OF LOS ANGELES COUNTY, A COUNTY SANITATION DISTRICT<br>1955 WORKMAN MILL ROAD<br>WHITTIER, CA  90601 |
| 0028.001 | 197718301259 | UCC1 | 6/18/2019 | 6/18/2024 | ANITSA, INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA  90201 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576<br>SPRINGFIELD, IL  62708 |
| 0029.001 | 197719793578 | UCC1 | 6/26/2019 | 6/26/2024 | ANITSA, INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA  90201 | CHTD COMPANY<br>P.O. BOX 2576<br>SPRINGFIELD, IL  62708 |
| 0030.001 | 197728376494 | UCC1 | 8/15/2019 | 8/15/2024 | ANITSA, INC<br>6032 SHULL ST<br>BELL GARDENS, CA  90201 | MERCHANT ADVANCE LLC<br>132 WEST 36TH ST, FLOOR 3<br>NEW YORK, NY  10018 |

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| | | UCC1 | 8/15/2019 | 8/15/2024 | MINISSIAN GARO V<br>1174 DEL REY AVE<br>PASADENA, CA 91107 | MERCHANT ADVANCE LLC<br>132 WEST 36TH ST, FLOOR 3<br>NEW YORK, NY 10018 |
| 0031.001 | 197734643468 | UCC1 | 9/17/2019 | 9/17/2024 | ANITSA INC<br>6032 SHULL ST<br>BELL, CA 90201 | CHTD COMPANY<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 |
| | | UCC1 | 9/17/2019 | 9/17/2024 | VALET SERVICES<br>6032 SHULL ST<br>BELL, CA 90201 | CHTD COMPANY<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 |
| 0032.001 | 197744237579 | UCC1 | 10/31/2019 | 10/31/2024 | ANITSA, INC.<br>6032 SHULL ST.<br>BELL GARDENS, CA 90201 | FINANCIAL AGENT SERVICES<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 |
| 0033.001 | 197750493126 | UCC1 | 12/7/2019 | 12/7/2024 | ANITSA, INC<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | TOPROCK FUNDING LLC<br>5314 16TH AVE., STE 287<br>BROOKLYN, NY 11204 |
| | | UCC1 | 12/7/2019 | 12/7/2024 | MINISSIAN GARO VAHAN<br>1174 DEL REY AVE<br>PASADENA, CA 91107 | TOPROCK FUNDING LLC<br>5314 16TH AVE., STE 287<br>BROOKLYN, NY 11204 |
| | | UCC1 | 12/7/2019 | 12/7/2024 | VALET SERVICES<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | TOPROCK FUNDING LLC<br>5314 16TH AVE., STE 287<br>BROOKLYN, NY 11204 |
| 0034.001 | 197754640457 | UCC1 | 12/31/2019 | 12/31/2024 | ANITSA, INC.<br>6032 SHULL STREET<br>BELL GARDENS, CA 90201 | STAR ADVANCE LLC<br>128 32ND STREET<br>BROOKLYN, NY 11232 |
| 0035.001 | 207755378892 | UCC1 | 1/6/2020 | 1/6/2025 | ANITSA<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | COMPLETE BUSINESS SOLUTIONS GROUP, INC<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 |
| | | UCC1 | 1/6/2020 | 1/6/2025 | ANITSA INC<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | COMPLETE BUSINESS SOLUTIONS GROUP, INC<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 |
| | | UCC1 | 1/6/2020 | 1/6/2025 | MINISSIAN GARO V<br>1174 DEL REY AVE<br>PASADENA, CA 91107 | COMPLETE BUSINESS SOLUTIONS GROUP, INC<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 |
| | | UCC1 | 1/6/2020 | 1/6/2025 | VALET SERVICES LAUNDRY<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | COMPLETE BUSINESS SOLUTIONS GROUP, INC<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 |
| | | UCC1 | 1/6/2020 | 1/6/2025 | VS LAUNDRY<br>6032 SHULL ST<br>BELL GARDENS, CA 90201 | COMPLETE BUSINESS SOLUTIONS GROUP, INC<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 |

*End of Report*

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

| In re: Anitsa | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:20-bk-10168-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (*specify*): **Statement Regarding Cash Collateral of Debtor in Possession Financing [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 8, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 8, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California Honorable Barry Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 8, 2020** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**